**Melanie L. FEIN, Plaintiff–Appellant,**

v.

**AMERICAN LAWYER MEDIA, INCORPORATED; New York Law Publishing Company, Defendants–Appellees.**

No. 01–1284.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Melanie L. Fein, pro se. Lorin L. Reisner, Debevoise & Plimpton, New York, NY, for appellees.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Melanie Fein appeals the district court's order dismissing one of several claims and refusing her request for punitive damages in this action alleging breach of contract, fraud, and other wrongs. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We grant Appellees' motion to dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*